IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN ALBERT SUMMERLIN,

        Plaintiff

v.                          Case No.  3:03CV82/RV

OFFICER MIKE GILMORE in his individual
capacity; OFFICER BRIAN EDWARD MUNHOLLON,
in his individual capacity,

        Defendants.
_____/

## JUDGMENT

This action came before the Court and a jury.  The issues have been tried and the jury has rendered its verdict.

JUDGMENT is hereby entered in favor of the defendants, OFFICER MIKE GILMORE in his individual capacity, and OFFICER BRIAN EDWARD MUNHOLLON, in his individual capacity, and against plaintiff, JOHN ALBERT SUMMERLIN.

DONE AND ORDERED this 12th day of December, 2005.

                              /s/ *Roger Vinson*
                              ROGER VINSON
                              SENIOR UNITED STATES DISTRICT JUDGE